MITCHELL A. KAMIN (SBN 202788)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 1500
Los Angeles, California 90067-6045
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  mkamin@cov.com

Attorney for Defendants,
*Northrop Grumman Space and Mission Systems Corp. Salaried Pension Plan; Northrop Grumman Benefit Plans Administrative Committee; Northrop Grumman Corporation; Does 1-10.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JOHN BALEJA, *on behalf of himself and all others similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORP. SALARIED PENSION PLAN; NORTHROP GRUMMAN BENEFIT PLANS ADMINISTRATIVE COMMITTEE; NORTHROP GRUMMAN CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Case No. 5:17-cv-00235-JGB-SP<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO FILE A MOTION FOR CLASS CERTIFICATION** |

1

Pursuant to Civil Local Rule 7.1, Plaintiffs, John Baleja, individually and on behalf of all others similarly situated, and Defendants, Northrop Grumman Space and Mission Systems Corp. Salaried Pension Plan, Northrop Grumman Benefit Plans Administrative Committee, Northrop Grumman Corporation, and Does 1-10, by and through the undersigned counsel, hereby stipulate and jointly present this motion for an order extending time for Defendants to respond to the Complaint, and for Plaintiffs to move for class certification, as defined below.

WHEREAS, Plaintiffs originally filed this action on February 8, 2017;

WHEREAS, Plaintiffs served the Complaint on defendants on February 14, 2017;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by the Court;

WHEREAS, the parties agree that efficiency for the Court and the parties supports deferring class discovery and consideration of plaintiff's motion for class certification until any Rule 12 motion, if made, is decided;

ACCORDINGLY, Plaintiffs and Defendants hereby stipulate to an extension of 45 days for defendants to respond to Plaintiffs' Complaint.  The deadline for Defendants to respond to Plaintiffs' Complaint is extended to April 21, 2017.  The deadline for Plaintiffs to move for certification of a class is extended to a date to be set by the Court, not less than 90 days after Defendants' Answer or after this Court's ruling on any Rule 12 motion.

**IT IS SO STIPULATED.**

2

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO FILE A MOTION FOR CLASS CERTIFICATION
CASE NO.:  5:17-cv-00235-JGB-SP

1 | Dated: March 3, 2017 | Respectfully submitted,

COVINGTON & BURLING LLP

*/s/* Mitchell A. Kamin

Mitchell A. Kamin
1999 Avenue of the Stars, Suite 1500
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
mkamin@cov.com

*Counsel for Northrop Grumman Space and Mission Systems Corp. Salaried Pension Plan; Northrop Grumman Benefit Plans Administrative Committee; Northrop Grumman Corporation; Does 1-10.*

Dated: March 3, 2017 | STRIS & MAHER LLP

/s/ Shaun P. Martin

Shaun P. Martin
5998 Alcala Park
San Diego, CA 92110
Telephone: + (619) 260-2357
smartin@sandiego.edu

*Counsel for John Baleja*

3

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO FILE A MOTION FOR CLASS CERTIFICATION
CASE NO.: 5:17-cv-00235-JGB-SP

# **FILER ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Mitchell A. Kamin, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATE: March 3, 2017    By: /s/ Mitchell A. Kamin

Mitchell A. Kamin
Attorney for Defendants,
*Northrop Grumman Space and Mission Systems Corp. Salaried Pension Plan; Northrop Grumman Benefit Plans Administrative Committee; Northrop Grumman Corporation; Does 1-10.*

4

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO FILE A MOTION FOR CLASS CERTIFICATION
CASE NO.: 5:17-cv-00235-JGB-SP