**STRIS & MAHER LLP**
PETER K. STRIS (SBN 216226)
peter.stris@strismaher.com
VICTOR O'CONNELL (SBN 288094)
victor.oconnell@strismaher.com
JOHN STOKES (SBN 310847)
john.stokes@strismaher.com
777 S. Figueroa Street, Suite 3850
Los Angeles, CA 90017
T: (213) 995-6800 | F: (213) 261-0299

SHAUN P. MARTIN (SBN 158480)
smartin@sandiego.edu
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA 92110
T: (619) 260-2347 | F: (619) 260-7933

Attorneys for Plaintiff
JOHN BALEJA, on behalf of himself
and all other similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOHN BALEJA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHROP GRUMMAN SPACE & MISSIONS SYSTEMS CORP. SALARIED PENSION PLAN, ET AL., <br><br> Defendants. | Case No. 5:17-cv-00235-JGB-SP <br><br> **PLAINTIFF'S RESPONSE TO OSC RE: SANCTIONS** |

1  Plaintiff's counsel apologizes for their mistaken and erroneous failure to follow Local Rule 79-5.2.2(b) in connection with the papers filed in support of its Motion for Class Certification (Dkt. No. 85).

Plaintiff's counsel have taken steps to ensure that the problem does not recur. On Monday, March 30, 2020, the firm's co-founder sent a firmwide memorandum to all personnel emphasizing the need for diligent and unerring compliance with Local Rule 79-5.2.2 in connection with motions to seal. April 3, 2020 Declaration of Elizabeth Brannen ("Brannen Decl.), ¶ 5 & Exhibit A. That memorandum included a command for compliance as well as instructed staff and counsel of the firmwide requirement that, in all future cases, there be a separate calendar entry for the three-day advance meet-and-confer requirement associated with any such requests. *Id.*

By way of explanation—not excuse—the noncompliance with Local Rule 79.5.2.2(b) here was the result of disorganization and confusion, and specifically an erroneous and mistaken belief that willingness not to dispute the scope of the material to be sealed would temper the need to meet and confer because there would be no dispute. Brannen Decl., ¶ 3. Plaintiff's counsel understands, appreciates, and has now specifically instructed all firm personnel, that the text and purpose of the rule require more than simply avoiding disputes, but rather reflect, *inter alia*, the need to achieve more limited sealing and to fully apprise the Court of all facts relevant to an accurate determination of whether sealing is necessary—regardless of the consent or stipulation of the parties. *See* L.R. 79-5.2.2(b)(i).

The compressed briefing schedule associated with the reply compounded our mistake. Plaintiff's counsel received Defendants' opposition brief late on Friday, February 28, 2020, which left two working days to draft the reply brief before the three-day meet-and-confer deadline of Local Rule 79-5.2.2(b) (i.e., on Tuesday, March 3). By Tuesday, Plaintiff's counsel should have but did not yet realize that the reply would cite information designated confidential by Defendants. Brannen Decl., ¶ 4.

Plaintiff's counsel has informed its clients of its error, as well as the Court's Order to Show Cause. Brannen Decl., ¶ 6. The Court has understandably denied Plaintiff's requests to seal, refused to consider the sealed evidence submitted by Plaintiff, and decided the motion for class certification only on the basis of the publicly filed documents. Dkt. 109 at 3.

Plaintiff's counsel again profoundly and sincerely apologizes for its mistaken failure to comply with the requirements of Local Rule 79-5.2.2(b). This mistake will not happen again. Brannen Decl., ¶ 7; *cf. Cen Com, Inc. v. Numerex Corp.*, 2018 WL 4184335, *8 (W.D. Wash., Aug. 31, 2018) (motion to seal); *Meditek, Inc. v. Freescale Semiconductor, Inc.*, 2013 WL 10996547, *1 (N.D. Cal., May 10, 2013) (same); *Successfactors, Inc. v. Softscape, Inc.*, 2008 WL 3876472, *3 (N.D. Cal., Aug. 18, 2008) (same).

Dated: April 3, 2020

**STRIS & MAHER LLP**

/s/ Elizabeth Brannen
Elizabeth Brannen (SBN 226234)

777 South Figueroa Street, Suite 3850
Los Angeles, CA 90017
Telephone: (213) 995-6800
Facsimile: (213) 261-0299
elizabeth.brannen@strismaher.com

*Attorneys for Plaintiffs*
JOHN BALEJA, on behalf of himself
and all others similarly situated