# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOHN BALEJA, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>        v.<br><br>NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORP. SALARIED PENSION PLAN; NORTHROP GRUMMAN BENEFIT PLANS ADMINISTRATIVE COMMITTEE; NORTHROP GRUMMAN CORPORATION; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Civil Case No.:<br><br>5:17-cv-00235-JGB-SP<br><br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. Jesus G. Bernal |

Having considered the parties' Joint Stipulation to Modify Case Schedule (the "Joint Stipulation"), and finding good cause to do so, the Court hereby GRANTS the Joint Stipulation and ORDERS the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Designation of Rebuttal Expert Witnesses | 4/10/2020 | 4/10/2020 |
| All Discovery Cut-Off (including hearing of discovery motions) | 5/6/2020 | 7/6/2020 |
| Deadline to File Summary Judgment Motion | 5/20/2020 | 7/20/2020 |
| Deadline to File Opposition to Summary Judgment Motion | 6/19/2020 | 8/18/2020 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to File Reply in Further Support of Summary Judgment Motion | 7/3/2020 | 9/1/2020 |
| Dispositive Motion Hearing Cut-Off | 7/13/2020 | 9/14/2020 |
| Last Day to Conduct Settlement Conference | 8/3/2020 | 10/2/2020 |
| Final Pre-Trial Conference | 8/31/2020 at 11:00 a.m. | 11/2/2020 at 11:00 a.m. |
| Court Trial | 9/15/2020 at 9:00 a.m. | 11/17/2020 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: April 9, 2020

_____
HON. JESUS G. BERNAL
U.S. District Judge