Peter K. Stris (SBN 216226)
Elizabeth Brannen (SBN 226234)
Dana Berkowitz (SBN 303094)
Victor O'Connell (SBN 288094)
**STRIS & MAHER LLP**
777 S Figueroa St, Ste 3850
Los Angeles, CA 90017
Telephone: (213) 995-6800
Facsimile: (213) 261-0299

Shaun P. Martin (SBN 158480)
University of San Diego Law School
5998 Alcala Park, Warren Hall
San Diego, CA 92110
Telephone: (619) 260-2347
Facsimile: (619) 260-7933

*Counsel for Plaintiff*
JOHN BALEJA, on behalf of himself
and all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOHN BALEJA, *on behalf of himself and all others similarly situated*<br><br>        Plaintiff,<br><br>        v.<br><br>NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORP. SALARIED PENSION PLAN; NORTHROP GRUMMAN BENEFIT PLANS ADMINISTRATIVE COMMITTEE; NORTHROP GRUMMAN CORPORATION; and DOES 1 through 10,<br><br>        Defendants. | Civil Case No.:<br><br>5:17-cv-00235-JGB-SP<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Judge:        Hon. Jesus G. Bernal<br><br>Final Pretrial Conf.:  June 7, 2021<br>Trial:  June 22, 2021 |

Pursuant to the Court's Civil Trial Scheduling Order, Plaintiff hereby submits his witness list for his case in chief. Plaintiff reserves the right to present videotaped testimony for any witness deemed unavailable.

Plaintiff anticipates that he will (or may*) call the following witnesses at trial:

| 5:17-cv-00235-JGB-SP Baleja v. Northrop Grumman Space and Mission Systems Corp. Salaried Pension Plan et al. | |
| --- | --- |
| Witness Name | Date Called to Testify |
| 1. John Baleja<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 2. Fred Formosa *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 3. Ellen Kleinstuber<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 4. Corporate Representative Witness of Defendants<br><br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1103 | |

| | |
|---|---|
| 5. One or More Witnesses To Confirm That Documents Produced by Defendants Came From Defendants' Files:*<br><br>    Mark Chen<br>    Nicholas Pastan<br>    William E. O'Neil<br><br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1103 | |
| 6. Mary O'Neill *<br><br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1103 | |
| 7. John Lowell *<br><br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1103 | |
| 8. Lawrence Sher *<br><br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1103 | |
| 9. Jean Tuffley *<br><br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1103 | |

| | |
|---|---|
| 10. Sheryl Fleshin *<br><br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1103 | |
| 11. Deborah Gran *<br><br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1103 | |
| 12. Edward Harmon *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 13. Barbara McDonald *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 14. David Attard *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 15. Dora Brogden *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |

3

| | |
|---|---|
| 16. Douglas Rinehart *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 17. Manuel Pindrock *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 18. Mark Capers *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 19. Mary Danze *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 20. Michael Gialdini *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
| 21. Rodolfo Salazar *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |

4

| 22. Cheri McLaggen *<br><br>Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800 | |
|---|---|

To the extent a witness's circumstances change, or a witness becomes unavailable for trial, Plaintiff reserves the right to call that witness by deposition or to call a substitute witness. Plaintiff further reserves the right to call: (1) additional witnesses to provide foundation testimony should any party contest the authenticity or admissibility of any material proffered at trial; (2) additional witnesses to respond to issues raised by the Court's pretrial or trial rulings or to issues raised after the submission of this witness list; and (3) any witness listed on Defendants' witness list or required to rebut Defendants' case.

Dated:  May 17, 2021

Respectfully submitted,

**STRIS & MAHER LLP**

*/s/ Elizabeth R. Brannen*
Elizabeth R. Brannen

Attorneys for Plaintiff