# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOHN BALEJA, *on behalf of himself and all others similarly situated* <br><br> Plaintiffs, <br><br> v. <br><br> NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORP. SALARIED PENSION PLAN; NORTHROP GRUMMAN BENEFIT PLANS ADMINISTRATIVE COMMITTEE; NORTHROP GRUMMAN CORPORATION; and DOES 1 through 10, inclusive, <br><br> Defendants. | Civil Case No.: <br><br> 5:17-cv-00235-JGB-SP <br><br> **CLASS ACTION** <br><br> **ORDER GRANTING JOINT STIPULATION TO AMEND PRETRIAL SCHEDULE** <br><br> Judge:   Hon. Jesus G. Bernal |

Having considered the parties' Joint Stipulation to Amend Pretrial Schedule (the "Joint Stipulation"), and finding good cause to do so, the Court hereby GRANTS the Joint Stipulation and ORDERS the following pretrial deadlines:

| Event | Deadline |
|---|---|
| Proposed Final Pretrial Conference Order | November 19, 2021 |
| Final Pretrial Conference | January 10, 2022, at 11:00 a.m. |
| Trial Briefs | January 4, 2022 |
| Trial (non-jury) | January 25, 2022 at 9:00 a.m. |

Dated: June 4, 2021

HON. JESUS G. BERNAL, U.S. District Judge

Dated:

_____