JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOHN BALEJA, *on behalf of himself and all others similarly situated* <br><br> Plaintiffs, <br><br> v. <br><br> NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORP. SALARIED PENSION PLAN; NORTHROP GRUMMAN BENEFIT PLANS ADMINISTRATIVE COMMITTEE; NORTHROP GRUMMAN CORPORATION; and DOES 1 through 10, inclusive, <br><br> Defendants. | Civil Case No.: 5:17-cv-00235-JGB-SPx <br><br> **ORDER GRANTING DEFENDANTS' REQUEST FOR JUDGMENT & DISMISSAL** |

    Now pending before the Court is the Request for Judgment & Dismissal filed by Defendants Northrop Grumman Space & Mission Systems Corp. Salaried Pension Plan, Northrop Grumman Benefit Plans Administrative Committee, and Northrop Grumman Corp. (collectively, "Defendants").  Having considered Defendants' request and for good cause shown,

    **IT IS HEREBY ORDERED** that judgment be entered for Defendants on all claims asserted by Plaintiff on behalf of himself and the class; and

    **ORDERED** that all claims asserted by Plaintiff on behalf of himself and the class are dismissed with prejudice.

    **IT IS SO ORDERED.**

DATED:  October 19, 2022      _____

                                                                    Hon. Jesus G. Bernal

                                                      United States District Judge