Peter Stris (SBN 216226)
*pstris@stris.com*
Elizabeth Brannen (SBN 226234)
*ebrannen@stris.com*
Victor O'Connell (SBN 288094)
*voconnell@stris.com*
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
Telephone: (213) 995-6800
Facsimile: (213) 261-0299

Shaun P. Martin (SBN 158480)
*smartin@sandiego.edu*
5998 Alcala Park, Warren Hall
San Diego, CA 92110
Telephone: (619) 260-2347
Facsimile: (619) 260-7933

*Counsel for Plaintiffs and the Certified Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JOHN BALEJA, *on behalf of himself and all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORP. SALARIED PENSION PLAN; NORTHROP GRUMMAN BENEFIT PLANS ADMINISTRATIVE COMMITTEE; NORTHROP GRUMMAN CORPORATION; and DOES 1 through 10,<br><br>Defendants. | Civil Case No.: 5:17-cv-00235-JGB-SP<br><br>**CLASS ACTION**<br><br>**JOINT REQUEST FOR CLARIFICATION OF FINAL APPROVAL HEARING DATE**<br><br>Judge:   Hon. Jesus G. Bernal |

1  Plaintiffs John Baleja and Fred Formosa ("Plaintiffs") and Defendants Northrop Grumman Space & Missions Systems Corp. Salaried Pension Plan, Northrop Grumman Benefit Plans Administrative Committee, Northrop Grumman Corp., and Does 1-10 (collectively, "Defendants"), hereby jointly request that the Court clarify the date of the Final Approval Hearing set by the January 22, 2026 Minute Order granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (the "Minute Order"). ECF No. 285.

The Minute Order states "The Final Approval Hearing shall be held on Monday, May 3, 2026, at 9:00 a.m. in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division," ECF No. 285 at 15. Because May 3, 2026 is a Sunday and for purposes of ensuring the accuracy of the Class Notice that will be distributed to Settlement Class Members, the parties seek clarification that the date of the Final Approval Hearing is Monday, May 4, 2026.

A proposed order clarifying the date of the Final Approval Hearing is filed concurrently herewith.

| | | |
|---|---|---|
| 1 | Dated: January 23, 2026 | */s/ Elizabeth Brannen* |
| 2 | | Peter Stris (SBN 216226) |
| | | Elizabeth Brannen (SBN 226234) |
| 3 | | Victor O'Connell (SBN 288094) |
| 4 | | **STRIS & MAHER LLP** |
| | | 17785 Center Court Dr N, Ste 600 |
| 5 | | Cerritos, CA 90703 |
| 6 | | Telephone: (213) 995-6800 |
| | | Facsimile: (213) 261-0299 |
| 7 | | |
| 8 | | Shaun P. Martin (SBN 158480) |
| | | 5998 Alcala Park, Warren Hall |
| 9 | | San Diego, CA 92110 |
| 10 | | Telephone: (619) 260-2347 |
| | | Facsimile: (619) 260-7933 |
| 11 | | |
| 12 | | *Counsel for Plaintiffs and the Certified Class* |
| 13 | | |
| 14 | | */s/ William E. O'Neil* |
| 15 | | C. William Phillips *(Pro Hac Vice)* |
| | | William E. O'Neil *(Pro Hac Vice)* |
| 16 | | **COVINGTON & BURLING LLP** |
| 17 | | 620 8th Avenue |
| | | New York, NY 10018 |
| 18 | | Telephone: (212) 841-1000 |
| 19 | | Facsimile: (212) 841-1010 |
| | | Email: cphillips@cov.com |
| 20 | | Email: woneil@cov.com |
| 21 | | |
| | | *Counsel for Defendants* |
| 22 | | |

2
JOINT REQUEST FOR CLARIFICATION OF FINAL APPROVAL HEARING DATE

**FILER ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Elizabeth Brannen, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 23, 2026

Respectfully submitted,

*/s/ Elizabeth Brannen*
Elizabeth Brannen (SBN 226234)