# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BALEJA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORP. SALARIED PENSION PLAN; NORTHROP GRUMMAN BENEFIT PLANS ADMINISTRATIVE COMMITTEE; NORTHROP GRUMMAN CORPORATION; and DOES 1 through 10,<br><br>Defendant. | Case No. 5:17-cv-0235-JGB-SP<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## <u>JUDGMENT</u>

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, and good cause appearing, **IT IS HEREBY ORDERED**:

1

JUDGMENT

5:22-cv-1861-JGB-DTB

1.  Final approval of the Agreement is **GRANTED**;

2.  The Court **AWARDS** Class Counsel attorneys' fees in the amount of $6,450,000;

3.  The Court **AWARDS** Class Counsel costs in the amount of $245,860.52;

4.  The Court **AWARDS** $25,000 each to Plaintiffs John Baleja and Fred Formosa;

5.  The Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: May 4, 2026

_____

Honorable Jesus G. Bernal
United States District Judge